ACCEPTED
01-14-00678-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 10:56:40 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00678-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 10:56:40 AM
CHRISTOPHER A. PRINE
Clerk

UNIVERSITY GENERAL HOSPITAL, L.P., *et al.*

*Appellants*

v.

SIEMENS MEDICAL SOLUTIONS USA, INC.

*Appellee*

*On Appeal from the 215th District Court of Harris County, Texas,
The Honorable Elaine Palmer presiding.*

---

SUGGESTION OF BANKRUPTCY

---

PLEASE TAKE NOTICE that University General Hospital, LP and University Hospital Systems, LLP filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas on February 27, 2015. The case was filed by the debtor's attorney:

Joshua W. Wolfshohl
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
713.226.6695

The bankruptcy trustee is:

Nancy Holley, Atty.
United States Trustee
515 Rusk, Suite 3516
Houston, Texas 77002
713.718.4650
Nancy.Holley@usdoj.gov

The University General Hospital, LP case was assigned to Judge Letitia Z. Paul under

Case No. 15-31097. The University Hospital Systems, LLP case was assigned to Judge

Letitia Z. Paul under Case No. 15-31098.

Respectfully submitted,

JOYCE MCFARLAND + MCFARLAND LLP


    /s John H. McFarland
John H. McFarland
Texas State Bar No. 00794270
Email: jmcfarland@jmmllp.com
712 Main Street, Suite 1500
Houston, Texas 77002
Tel 713.222.1114
Fax 713.513.5577

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing in a manner prescribed by the Texas Rules of Appellate Procedure on March 3, 2015 to:

C. Thomas Kruse
Matthew W. Caligur
Marie L. Carlisle
Baker & Hostetler LLP
811 Main, Suite 1100
Houston, Texas 77002-6111
Telephone: 713.751.1600
Facsimile: 713.751.1717

*/s John H. McFarland*
John H. McFarland